UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

DOMINIQUE JUST FIELDS

CASE NO. 6:11-cr-24-ORL-18-DSK
18 U.S.C. § 1951(a) and (b)
18 U.S.C. § 924(c)
18 U.S.C. § 981(a)(1)(C) - Forfeiture
18 U.S.C. § 924(d) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

1. At all times material to this Indictment, the El Padrino Mexican Restaurant, 2022 N. Main Street, Kissimmee, Florida, was engaged in providing food and beverage products in interstate commerce, and was an entity that operated in and affected interstate commerce.

2. On or about April 30, 2010, in Osceola County, Florida, in the Middle District of Florida,

**DOMINIQUE JUST FIELDS**

the defendant herein, while aiding and abetting others, did knowingly and unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining the property of another, that is, United States currency in the approximate amount of

$2,000.00, from the presence of another, that is, employees of the El Padrino Mexican Restaurant, 2022 N. Main Street, Kissimmee, Florida, against their will by means of actual and threatened force, violence, and fear of injury to their persons in furtherance of a plan and purpose to commit robbery.

All in violation of Title 18, United States Code, Sections 1951(a) and (b) and 2.

## COUNT TWO

3. On or about April 30, 2010, in Osceola County, Florida, in the Middle District of Florida,

**DOMINIQUE JUST FIELDS**

the defendant herein, while aiding and abetting others, did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a crime of violence for which the defendant may be prosecuted in a Court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a) and (b), as charged in Count One of this Indictment; Count One being incorporated by reference as though fully set forth herein.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT THREE

4. At all times material to this Indictment, McDonald's, owned by Oerther Foods Second Generation, located at 8195 John Young Parkway, Orlando, Florida, was engaged in providing food and beverage products in interstate commerce, and was an entity that operated in and affected interstate commerce.

5. On or about May 6, 2010, in Orange County, Florida, in the Middle District of Florida,

**DOMINIQUE JUST FIELDS**

the defendant herein, while aiding and abetting others, did knowingly and unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining the property of another, that is, United States currency in the approximate amount of $1,738.00, from the presence of another, that is, employees of McDonald's, owned by Oerther Foods Second Generation, located at 8195 John Young Parkway, Orlando, Florida, against their will by means of actual and threatened force, violence, and fear of injury to their persons in furtherance of a plan and purpose to commit robbery.

All in violation of Title 18, United States Code, Sections 1951(a) and (b) and 2.

## COUNT FOUR

6. On or about May 6, 2010, in Orange County, Florida, in the Middle District of Florida,

**DOMINIQUE JUST FIELDS**

the defendant herein, while aiding and abetting others, did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a crime of violence for which the defendant may be prosecuted in a Court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a) and (b), as charged in Count Three of this Indictment; Count Three being incorporated by reference as though fully set forth herein.

All in violation of Title 18, United States Code, Sections 924(c)(1)(C) and 2.

## COUNT FIVE

7.  At all times material to this Indictment, 7-Eleven, located at 3290 N. Narcoosee Road, St. Cloud, Florida, was engaged in providing food and beverage products in interstate commerce, and was an entity that operated in and affected interstate commerce.

8.  On or about May 13, 2010, in Osceola County, Florida, in the Middle District of Florida,

### DOMINIQUE JUST FIELDS

the defendant herein, while aiding and abetting others, did knowingly and unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining the property of another, that is, United States currency in the approximate amount of $300.00, from the presence of another, that is, employees of 7-Eleven, located at 3290 N. Narcoosee Road, St. Cloud, Florida, against their will by means of actual and threatened force, violence, and fear of injury to their persons in furtherance of a plan and purpose to commit robbery.

All in violation of Title 18, United States Code, Sections 1951(a) and (b) and 2.

## COUNT SIX

9. On or about May 13, 2010, in Osceola County, Florida, in the Middle District of Florida,

**DOMINIQUE JUST FIELDS**

the defendant herein, while aiding and abetting others, did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm, which had been discharged, in furtherance of, a crime of violence for which the defendant may be prosecuted in a Court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a) and (b), as charged in Count Five of this Indictment; Count Five being incorporated by reference as though fully set forth herein.

All in violation of Title 18, United States Code, Sections 924(c)(1)(C) and 2.

## COUNT SEVEN

10. At all times material to this Indictment, CICI's Pizza LP, d/b/a Cici's Pizza Restaurant, located at 12402 S. Orange Blossom Trail, Orlando, Florida, was engaged in providing food and beverage products in interstate commerce, and was an entity that operated in and affected interstate commerce.

11. On or about May 15, 2010, in Orange County, Florida, in the Middle District of Florida,

**DOMINIQUE JUST FIELDS**

the defendants herein, while aiding and abetting each other and others, did knowingly and unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is

defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining the property of another, that is, United States currency in the approximate amount of $1,400.00, from the presence of another, that is, employees of CICI's Pizza LP, d/b/a Cici's Pizza Restaurant, located at 12402 S. Orange Blossom Trail, Orlando, Florida, against their will by means of actual and threatened force, violence, and fear of injury to their persons in furtherance of a plan and purpose to commit robbery.

All in violation of Title 18, United States Code, Sections 1951(a) and (b) and 2.

## COUNT EIGHT

12. On or about May 15, 2010, in Orange County, Florida, in the Middle District of Florida,

### DOMINIQUE JUST FIELDS

the defendants herein, while aiding and abetting each other and others, did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm, which had been discharged, in furtherance of, a crime of violence for which the defendants may be prosecuted in a Court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a) and (b), as charged in Count Seven of this Indictment; Count Seven being incorporated by reference as though fully set forth herein.

All in violation of Title 18, United States Code, Sections 924(c)(1)(C) and 2.

## COUNT NINE

13. At all times material to this Indictment, Denny's Restaurant, located at 1005 Spring Villa Point, Winter Springs, Florida, was engaged in providing food and beverage products in interstate commerce, and was an entity that operated in and affected interstate commerce.

14. On or about May 19, 2010, in Seminole County, Florida, in the Middle District of Florida,

**DOMINIQUE JUST FIELDS**

the defendant herein, while aiding and abetting others, did knowingly and unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining the property of another, that is, United States currency in the approximate amount of $970.00, from the presence of another, that is, employees of Denny's Restaurant, located at 1005 Spring Villa Point, Winter Springs, Florida, against their will by means of actual and threatened force, violence, and fear of injury to their persons in furtherance of a plan and purpose to commit robbery.

All in violation of Title 18, United States Code, Sections 1951(a) and (b) and 2.

## COUNT TEN

15. On or about May 19, 2010, in Seminole County, Florida, in the Middle District of Florida,

**DOMINIQUE JUST FIELDS**

the defendant herein, while aiding and abetting others, did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm, which had been discharged, in furtherance of, a crime of violence for which the defendant may be prosecuted in a Court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a) and (b), as charged in Count Nine of this Indictment; Count Nine being incorporated by reference as though fully set forth herein.

All in violation of Title 18, United States Code, Sections 924(c)(1)(C) and 2.

## FORFEITURE

1. The allegations contained in Counts One through Ten of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violations alleged in Counts One, Three, Five, Seven and Nine of this Indictment, punishable by imprisonment for more than one year, the defendant,

**DOMINIQUE JUST FIELDS**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of their

interest in any property, real or personal, constituting or derived from proceeds traceable to said violations.

3. As the result of committing one or more of the offenses alleged in Counts One through Ten of this Indictment, defendant **DOMINIQUE JUST FIELDS** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

4. If any property described in above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value;

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to the forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Tanya Davis Wilson
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Acting Chief, Orlando Division