IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 11-13645-EE

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee
        Cross - Appellant,

versus

DOMINIQUE JUST FIELDS,
a.k.a. Dominique Fields,

        Defendant - Appellant
        Cross - Appellee.

---

Appeal from the United States District Court
for the Middle District of Florida

---

ENTRY OF DISMISSAL: Pursuant to Appellee-Cross Appellant USA's motion for voluntary dismissal (joint stipulation of the parties), FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective October 03, 2012.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Lois Tunstall, EE, Deputy Clerk

FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

No. 11-13645-EE

UNITED STATES OF AMERICA,

Plaintiff - Appellee - Cross Appellant,

versus

DOMINIQUE FIELDS,

Defendant - Appellant - Cross Appellee.

_____

Appeals from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(a), this appeal is hereby dismissed as to Appellee-Cross-Appellant United States of America only.

JOHN LEY
CLERK OF THE UNITED STATES COURT
OF APPEALS FOR THE ELEVENTH CIRCUIT

by: Lois Tunstall, EE
Deputy Clerk

FOR THE COURT - BY DIRECTION

DIS-3 Letter and Entry of Dismissal Vol