# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

No. 11-13645

District Court Docket No.
6:11-cr-00024-GKS-GJK-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DOMINIQUE JUST FIELDS,
a.k.a. Dominique Fields,

Defendant - Appellant.

Appeal from the United States District Court for the
Middle District of Florida

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 10, 2013
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

Mandate Issued:
February 15, 2013

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 15, 2013

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 11-13645-EE
Case Style: USA v. Dominique Fields
District Court Docket No: 6:11-cr-00024-GKS-GJK-1

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

The enclosed certified copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance. Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6224

Enclosure(s)

MDT-1 Letter Issuing Mandate