UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
ORLANDO DIVISION

6:13- CN-1910-ORL-18GJK

UNITED STATES of AMERICA

VS

DOMINIQUE JUST FIELDS

CASE No 6:11-CR-24-ORL-18GJK

Motion UNDER

28 U.S.C 2255 (F)(3)

2013 DEC 13 PM 3:55

FILED

---

Motion to Vacate, Set Aside, OR CORRECT A SENTENCE
28 USC 2255 (F) PRO-SE

28 USC 2255 (F) (3)

Now, COMES THE DEFENDANT DOMINIQUE JUST FIELDS ON
A PRO-SE Motion UNDER 28 USC 2255 (F) FOR A CORRECTION
of SENTENCE. THE Defendant AskING this HONORABLE District
Court to CORRECT his SENTENCE UNDER UNITED STATES SUPREME
Court CASE Allen RUAN Allevne(Cites 133 S.Ct. 2151, 81). BECAUSES
the DEFENDANT SENTENCE ENHANCEMENT for brandished AND
Discharged A FIREARM was NOT ON the VERDICT Form. TO RECEIVE
A TEN YEAR CONSECUTIVE AND TWENTY-five YEARS CONSECUTIVE
SENTENCE.

# HISTORY OF CASE

THE Defendant was found guilty of eight counts, by a JURY. Counts Seven and Eight was Dismissed.

The Honorable G. Kendall Sharp United State Senior District Judge Sentence the Defendant to these Counts.

On counts one, three, five and Nine to 121 months to run concurrent.

On counts two to 120 months

On counts four, six, ten is 300 months each Sentence to run consecutive.

②

# ARGUMENT

The Defendant now seeking to take advantage of Supreme Court Case Allen Ryan Alleyne cite 133 S.CT 2151. because The Honorable G Kendall Sharp United States Senior District Judge stated in the sentencing transcript on Page 11 - line 16-25 that the jury didn't found the defendant guilty of discharge firearm and brandished. But the defendant was involved in these crimes.

The jury only found the Defendant guilty of robbery in in violation of 18 USC 1951(a) under indictment counts one, three, five, nine.

The jury also found the defendant guilty of offense of possession of a firearm in furtherance of a crime of violence in violation of 18 USC 1951(a)and(b). Under indictment counts two, four, six, ten.(See verdict form Case 6:11-CR-0024-GKS-GJK Document 45 filed 04/20/2011 Page 1 of 6

The Defendant now argue District Judge G Kendall Sharp cannot Justify a sentence outside mandatory minimum five years for a 18 USC 924(c) sentence and give the Defendant for count two 10 years, count four 25 years count six 25 years, count ten 25 years enhancements for brandished and discharge firearm when the jury did not found him guilty of these element of a crime that was

③

Not in the verdict form.

The defendant ask this Honorable court to correct his sentence under Supreme Court case Allen Ryan Alleyne cite:(133 S.CT 2151)

(4)

# Conclusion

Base on the defendant Argument And the Supreme Court Case Allen Ryan Alleyne Cites 133 SCT 2151, 51 USLW 4444, 13 Cal Daily OP. Serv. 6104, 2013. Daily Journal D.A.R. 7676, 24 Fla. L. weekly feds 318. The defendant was not sentence to what the jury found him guilty by the verdict form Along. But 85 more years because the Honorable G Kendall Sharp wanted to enhance the defendant sentence.

State of Kentucky_____
County of McCreary_____
The forgoing document was acknowledged before me
this __6__ day of __DECEMBER 20__13
Mike Lawson, Notary Public
My Commission Expires 8-7-2016

"Notary Public"
Mike Lawson
State at Large, Kentucky
My Commission Expires on 8-7-16

_Dominque Fields_
Signature of Petitioner

DOMINIQUE J. FIELDS
Printed Name

27702-018
Number

United States Penitentiary
McCreary

P.O Box 3000
Street Address

Pine Knot KY 42635
City State Zip

(5)

# CERTIFICATE OF SERVICE

I _____ declare I placed the PRE-PAY seal envelope in the mail on _____ day of _____ 2013 and sent to the following address belows

I delare (or Certify, verify, or state) under penalty of peajury that the foregoing is true and correct and that this motion under 28 USC 2255 was placed in the prison mailing system on _____ day of _____ 2013.

State of Kentucky _____
County of McCreary _____
The forgoing document was acknowledged before me
this _6_ day of DECEMBER 2013
Mike Lawson, Notary Public
My Commission Expires 8-7-2016



"Notary Public"
Mike Lawson
State at Large, Kentucky
My Commission Expires on 8-7-16

_____
Signature of Petitioner
DOMINIQUE S. FIELDS
Printed Name
27702-018
Number
United States Penitentiary
McCreary
P.O. Box 3000
Street Address
PINE KNOT, KY 42635
City, State, ZIP

⑥